# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ANTHONY MARCUS KELLY ) | Case No. **1:25-mj-00591** |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of June 26, 2025 - July 17, 2025  in the county of Hamilton  in the
Southern  District of Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115 (a)(1)(B) | Threatens to assault, kidnap, or murder, a United States official; |
| 18 U.S.C. §875(c) | Threatening interstate communications. |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Jul 19, 2025**

*Judge's signature*

City and state: Cincinnati, Ohio   Hon. Stephanie K. Bowman, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# A CRIMINAL COMPLAINT AND ARREST WARRANT

I,           a Special Agent with Homeland Security Investigations, being duly sworn, depose and state as follows:

## INTRODUCTION

1. I am a Special Agent ("SA") of the Department of Homeland Security, Homeland Security Investigations ("HSI"). I have been employed by HSI since August 2022. I have gained experience through training at the Federal Law Enforcement Training Center and everyday work as a special agent. I have participated in the preparation and execution of federal arrest and search warrants in my position as a Special Agent, including for federal violations involving firearms. Prior to this, I was a Special Agent with the U.S. Secret Service for four years and received specialized training and experience related to cybercrimes and electronic evidence. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. § 115(a)(1)(B) and § 875, among other offenses, and I am authorized by law to request an arrest warrant.

2. This Affidavit is submitted in support of a Criminal Complaint and Arrest Warrant for Anthony Marcus KELLY for violations of 18 U.S.C. §115(a)(1)(B) (threatening to assault, kidnap, or murder, a United States official) and 18 U.S.C. §875 (threatening interstate communications).

3. The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; information gathered from the service of administrative subpoenas; the results of physical surveillance conducted by

law enforcement agents; independent investigation and analysis by law enforcement agents/analysts; and my experience, training and background as a Special Agent. Since this Affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Antony Marcus KELLY violated 18 U.S.C. § 115 (a)(1)(B) (threatens to assault, kidnap, or murder, a United States official) and 18 U.S.C. §875(c) (threatening interstate communications).

## STATUTORY AUTHORITY

4. As noted above, this investigation concerns alleged violations of the following:

    a. 18 U.S.C. § 115(a)(1)(B) prohibits any person from threatening to assault, kidnap, or murder, a United States official, a United States judge, a Federal law enforcement officer, or an official whose killing would be a crime under such section, with intent to impede, intimidate, or interfere with such official. Judge, or law enforcement officer while engaged in the performance of official duties.

    b. 18 U.S.C. §875(c) prohibits any person from transmitting in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to inure the person of another.

## FACTS SUPPORTING PROBABLE CAUSE

5. On July 15, 2025, the Texas Fusion Center (TXFC) observed a Bluesky user making multiple threats toward federal agents via proactive monitoring. The Bluesky user, bsky.social (hereinafter the "Bluesky account user"), made multiple posts on Bluesky indicating violence and hostility towards federal agents assigned to Immigration and Customs

Enforcement (ICE).

6. The TXFC observed a post on the Bluesky account stating that his birthday was June 15th. Additionally, the Bluesky account user self-identified as 38 years old, indicating a likely date of birth (DOB) of

7. The Bluesky account user made additional posts about being in Cincinnati, Ohio.

8. The TXFC observed an additional post by the Bluesky account user regarding the death of his          on          2025, at the age of     years old.

9. The TXFC conducted open-source queries of obituaries matching the date of death of          2025, and likely location of Cincinnati, Ohio, and observed an obituary for          Kelly with a date of death of          2025.

10.          Kelly's obituary was reviewed, which included a listing of all grandchildren by name. The TXFC conducted Accurint searches for the last name Kelly, DOB of          and location of Cincinnati, Ohio, and returned a match of Anthony Marcus KELLY, DOB:          residing at 4034 Leesburg Lane, Apartment 63, Cincinnati, Ohio 45209.

11. The TXFC conducted database queries and observed an Ohio driver's license image that visually matched the images posted by the Bluesky account user.

12. The TXFC conducted open-source queries for Facebook user Tony Kelly which also contained images that were posted by the Bluesky account user.

13. Based on the totality of the information, the TXFC tentatively identified the person utilizing the Bluesky account as Anthony Marcus KELLY (DOB:          likely residing at 4034 Leesburg Lane, Apartment 63, Cincinnati, Ohio 45209.

14. Due to the nature of the threats, the TXFC sent the information to the Ohio

Statewide Terrorism Analysis & Crime Center for review and shared it with the Federal Bureau of Investigation (FBI) and Immigration and Customs Enforcement (ICE).

 15. On July 17, 2025, HSI and FBI observed posts from the Bluesky account that were publicly available. The following Bluesky account posts were observed:

  a. Date: June 26, 2025

   i. Post: "#ICEstapo are gonna start getting hurt, and worse. Enough is enough. What crime is someone committing that these #NaziPukes need to be involved when it comes to shopping? If I need to start wearing my gun to go shopping, then that's the move to make. #ArmUp"



  b. Date: July 11, 2025

   i. Post: "Thanks for giving We The People permission to shoot your #Gestapedos #TomHoman



c. Date: July 13, 2025

　　i. Post: "The shotgun is being bought later on this week #KristiNoem you stupid fuckin #GhoulHagQunt how many of your pathetic #Gestapedos want the smoke? You're also invited bitch."



d. Date: July 14, 2025

    i. Post: "They fucked up big time. To get my introvert ass up out of my chair to the gym 5-6 days a week, getting a shotgun here later this week or weekend. Learning skills I prayed I would never use in fear of not being able to turn them off. I'm one of millions. They fucked up."



Date: July 15, 2025

      i. Post: "Why even bother with these damn courts anymore. #Gestapedos don't deserve anything but the smoke coming for them anyway. #RevolutionIsTheSolution #DestroyICE they're rabid dogs that need to be put down. Including #KristiNoem #DogmeatWalking"



f. Date: July 16, 2025
    i. Post: "See you soon #Gestapedos we have guns too."

Page 7 of 11



g. Date: June 17, 2025
   i. Post: "Getting a shotgun this weekend, some more bullets for my ruger. Looking at a possible Kevlar vest but they're not cheap."



f. Date: June 17, 2025

   i. Post: "You come here for me, you're getting shot. And I'm not looking to disable your pedo asses. I'm shooting for the kill. I won't give a fuck about your names, who you are, or anything else. You will be show. End of story.

Page **8** of **11**



16. In reviewing posts on the Bluesky account the term #Gestapedos is consistently used when commenting on articles or posts about Immigration and Customs Enforcement (ICE) and appears to be a term used to specifically reference federal law enforcement officers engaged in immigration enforcement.

17. On approximately July 15, 2025, in response to a Department of Homeland Security summons, T-Mobile produced subscriber information associated with phone number

The records reported the account had the following subscriber information:

    a. Name: Anthony KELLY

    b. Service/Billing Address: 4034 Leesburg Ln., Apt. 63, Cincinnati, OH

18. A search of the Ohio Law Enforcement Gateway (OHLEG) system on July 15, 2025, revealed an active Ohio driver's license for KELLY registered at 4034 Leesburg Ln., Apt. 63, Cincinnati, OH. KELLY's OHLEG photo was compared to three photos posted by the Bluesky account user and determined to be the same person. OHLEG also identified the following two

vehicles registered at the same address under KELLY's name:

    a. Silver Kia Rio bearing Ohio license plate HIR6533. and

    b. Black Chevy HHR (Ohio license plate JNY7100)

19. On July 16, 2025, FBI observed KELLY inside the silver Kia while it was parked on the street outside of the residence identified above.

20. Surveillance of the residence identified above revealed that the Kia was parked on the street, nearest to building 4034, at various times on or about July 16 through 17, 2025. Agents saw KELLY in Kia parked at this location on July 16, 2025. Surveillance of the residence also revealed that Black Chevy was parked in a parking lot, nearest to building 4034, at various times on or about July 15 through 17, 2025.

21. On July 18, 2025, a search warrant for the KELLY's residence, his person, his vehicles, and his electronics was authorized in Case Number 1:25-mj-590. Law enforcement executed the search warrant in the morning hours of July 19, 2025. KELLY was home when law enforcement approached. After being read his *Miranda* rights, KELLY agreed to speak to agents. He admitted to being the user of the Bluesky account and to posting all the above communications and expressed no remorse or regret for the content of his posts. He stated, "we're gonna start and return hunting them down. For what they've done," referring to ICE and that he had been making preparations to confront ICE agents. His complete statement was recorded. A search of his residence found a weapon and ammunition.

## CONCLUSION

22. Based on the foregoing, there is probable cause to believe that the federal criminal statutes cited herein have been violated by KELLY and there is probable cause to support the arrest

of Antohny Marcus KELLY for violations of 18 U.S.C. § 115 (a)(1)(B) (threatening to assault, kidnap, or murder, a United States official) and 18 U.S.C. §875(c) (threatening interstate communications). Thus, I respectfully request that this court authorize a criminal complaint and arrest warrant for KELLY.

Respectfully submitted,

Special Agent
Homeland Security Investigations

Subscribed and sworn to before me via reliable electronic means on July __19__, 2025.

*Stephanie K. Bowman*
HON. STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE COURT JUDGE