UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: **1:25CR81** |
| Plaintiff, | : | JUDGE **J. COLE** |
| v. | : | INDICTMENT |
| ANTHONY MARCUS KELLY, | : | 18 U.S.C. § 115(a)(1)(B) |
| | : | 18 U.S.C. § 875(c) |
| Defendant. | : | |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### (Threats to Assault or Murder a United States Official)

Beginning on or about June 26, 2025 through July 17, 2025, in the Southern District of Ohio, the defendant, ANTHONY MARCUS KELLY, did threaten to assault or murder law enforcement officials with the Department of Homeland Security, with the intent to impede, intimidate, and interfere with the Department of Homeland Security officials while they were engaged in the performance of their official duties, and with the intent to retaliate against the Department of Homeland Security officials on account of the performance of their official duties.

In violation of 18 U.S.C. § 115(a)(1)(B).

### COUNT TWO
### (Threatening Interstate Communications)

Beginning on or about June 26, 2025 through July 17, 2025, in the Southern District of Ohio, the defendant, ANTHONY MARCUS KELLY, knowingly and willfully did transmit in interstate and foreign commerce through the use of a computer a communication which threatened to assault and murder law enforcement officials with the Department of Homeland Security.

In violation of 18 U.S.C. § 875(c).

## FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in Counts One and/or Two of this Indictment, the defendant, ANTHONY MARCUS KELLY, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation(s) including, but not limited to, a sum of money equal to the amount of proceeds the defendant obtained as a result of the violation(s).

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

A True Bill.

/s/
_____
Grand Jury Foreperson

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

_____
**CHRISTY L. MUNCY**
Assistant United States Attorney