**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO.: 1:25-CR-081** |
| **VS.** | : | **JUDGE COLE** |
| **ANTHONY MARCUS KELLY.** | : | |

# UNITED STATES' SENTENCING MEMORANDUM

In June and July of 2025, Anthony Marcus Kelly took to the internet and began making threats against federal officials involved in immigration enforcement operations. *The shotgun is being bought later this week. #ICEstapo are gonna start getting hurt, and worse. #RevolutionIsTheSolution #DestroyICE they're rabid dogs that need to be put down.* These are just a few of Kelly's posts from his "slabhogg1" social media account. The posts made by Kelly are not protected speech. He has admitted as much. They are violent posts threatening the life and safety of law enforcement officials. They encourage and incite others. One of the most precious rights citizens of the United States enjoy is the right to free speech. Robust debate about political disagreement should be encouraged, not suppressed. However, posts that threaten violence, especially in a time when violence is so prevalent, have no place in that debate. They are unlawful and cannot go unchecked.

The advisory sentencing guidelines call for a sentence of 30-37 months. After considerable negotiation, the parties entered a proposed binding Rule 11(c)(1)(C) plea agreement which bound the parties to a term of imprisonment of 30 months. The United States submits this sentencing memorandum in support of the agreement reached by the parties.

## ARGUMENT

### I. SENTENCING CALCULATION

#### A. Statutory Sentence (Imprisonment and Supervised Release Terms)

Kelly entered a plea of guilty to both counts of the Indictment which charged him with violation of 18 U.S.C. § 115(a)(1)(B) (Threats to Assault or Murder a United States Official) and 18 U.S.C. § 875(c) (Threatening Interstate Communications). Count 1 carries a potential imprisonment penalty of up to ten (10) years while Count 2 carries a potential penalty of five (5) years. Each count calls for a period of supervised release of up to three (3) years, up to a $250,000.00 fine and a $100 special assessment.

#### B. Advisory Sentencing Guidelines Calculation

The Court has already established, without objection, the guideline range applicable to Kelly's offense conduct. The Court established the base offense level under U.S.S.G. § 2A6.1 is 12, along with several enhancements. Doc. 28, Transcript, Sentencing Hearing, p. 11. Of import here, the Court found "there are three enhancements, one for evidence involving any conduct that evidences an intent to carry out a threat." For that conduct, a six-level increase to the guidelines was applied. The Court applied two additional enhancements, two levels each, for Kelly making more than two threats and for Kelly's "threatening communication and that he knew or should have known that the public threatening communication created a substantial risk of inciting others." *Id.* Ultimately, the Court concluded Kelly's total offense level is 19 with a criminal history category of I, resulting in a guideline range of 30-37 months.

### II. EVIDENCE OF INTENT & OTHER SENTENCES

The Court has substantially considered Section 3553(a) factors at the hearing held on September 1, 2026. The United States sees no need to rehash those now. Rather, it intends only

to address the evidence suggesting Kelly was planning or preparing to act upon his threats and to briefly address other defendants' sentencing outcomes.

***Evidence of Intent to Carry Out Threats***

During his interview with law enforcement agents, Kelly told them some of the steps he had taken in the six months prior to his arrest to "prepare himself," which included (1) getting a gym membership, (2) working out 5-6 days per week and (3) purchasing firearms and ammunition. In addition to that, Kelly told agents he had made social media posts in an effort to meet up with other like-minded people.[1] Kelly was shown his posts by the agents during the course of the interview and he agreed with all of them and indicated he was looking forward to hunting down and "unmasking" ICE agents. He expressed no remorse. He stated several times he was not ashamed of what he had posted on his social media account. Government's Exhibit A, Interview Summary, Redacted.

Because of Kelly's violent posts which included references to weapons and "arming up", agents chose to surveil his residence and wait for him to exit before making contact. As authorized by a search warrant, agents seized an iPhone SE from Kelly's person when they encountered him. One of the applications on Kelly's phone was particularly concerning to agents, and one he told them he had installed prior to his arrest. The application is called ICEBlock, which Kelly installed on July 5, 2025, and is shown below in the photos of Kelly's iPhone screen.

[1] The interview of Kelly was recorded with Body Worn Camera and is available for the Court's inspection upon request.







When introduced to consumers, ICEBlock touted itself as "an innovative, completely anonymous, crowdsourced platform that allows users to report Immigration and Customs Enforcement (ICE) activity with just two taps on their phone.[2]" The law enforcement community expressed concerns about the availability of ICEBlock on Apple's App Store because it was viewed as being designed to put ICE agents at risk. After consideration, Apple removed the application from the App Store and responded to the removal by stating "Based on information we've received from law enforcement about the safety risks associated with ICEBlock, we have

[2] www.iceblock.app

removed it and similar apps from the App Store.[3]" Kelly told agents he checked the app for activity and also monitored other websites where people reported operations in Cincinnati.

Forensic review of Kelly's iPhone revealed additional concerning activity. For example, Kelly has a text exchange with an unidentified individual about purchasing weapons and stocking up on ammunition. The person advises Kelly that he should "get hallow points or something that's your defense rounds full metal jackets are for the range." Kelly responded with "…. I will definitely be getting more ammo. And I got hollow points…." See Government's Exhibit B, Search of Kelly's iPhone SE, Redacted.

In addition to the chats related to weapons and ammunition, the phone revealed Bluesky artifacts. One user reposted Kelly's post stating "#ICEstapo are gonna start getting hurt, and worse. Enough is enough. What crime is someone committing that these #NaziPukes need to be involved when it come to shopping? If I need to start wearing my gun to go shopping, then that's the move to make. #ArmU." Another user liked his post of "#Icestapo #Nazis #ProudBoyTouchers liberal gun owners need to find each other en masse." A user named "Energy dragon" reposted Kelly's "Hey Dogmeat #ICE there WILL be many more. Get used to changing tires, #Gestapedos #HumanTraffickers." Another user liked Kelly's post which stated "I'm anticipating being knee deep in #DeadNazis by then. The #Gestapedos will try to intimidate us into not voting and I'm not having that. I will be strapped going to the booth and if one wants to stop me, they're taking a bullet to the fuckin face." Kelly made similar comments about agents being "put down" or having "dead friends" that were also liked or reposted by others.

Kelly was not passive in his remarks and opinions of immigration enforcement. He was bold. He was forceful. He was violent. The posts he made clearly had an impact on other

[3] https://www.forbes.com/sites/siladityaray/2025/10/03/apple-takes-down-iceblock-app-after-doj-demand-heres-what-we-know/

Bluesky users. Kelly had taken steps to act upon his “rage.” He was getting in shape, both body and mind, according to him. He purchased a firearm and ammunition with plans to purchase another. He had an application to monitor and report ICE activity. He monitored other websites. He admitted that he could not go to protests and be peaceful.

The Untied States acknowledges there are mitigating circumstances to Kelly’s circumstances. That mitigation is the reason the United States agreed to a low-end within guideline sentence. It is one thing to disagree politically; it is quite another to threaten death – repeatedly.

***Other Sentences Involving Similar Conduct***

The United States would like to qualify the following information by stating the accuracy is only as good as the information input into the system. That said, a search of the USAO case tracking system reveals that between 2008 and 2023 – a fifteen-year time span - the USAO opened thirteen (13) matters involving violations of 18 U.S.C. § 115(a)(1)(B). None of those matters appear to be factually similar to the one at hand and many appear to be threats made to Social Security employees. Since the beginning of 2025, the USAO has opened eight (8) matters involving violations of 18 U.S.C. §115(a)(1)(B). That is an alarming increase in specific offense conduct. Many of those matters remain “active” in the USAO system with at least two pending sentencing hearings.

In an effort to get a broader picture of the nation-wide landscape of increased threats against federal officials, the undersigned requested assistance from the Executive Office of the United States Attorney. Below are links to press releases, which include factual and sentencing information, related to various cases involving threats made against federal officials.

**Grand Haven Man Gets Prison for Internet Threats (ICE Agents) 9.15.26 (12 mos)**

**Butler Man Sentenced to Four Years of Prison for Threatening to Assault and Murder President Trump, Other U.S. Officials, and Immigration and Customs Enforcement Agents 9.1.26 (4 years)**

**Oklahoma Man Sentenced for Threatening to Shoot, Kill, Gun Down Federal Agents 8.10.26 (21 mos)**

**73-Year-Old Cape Coral Man Sentenced to Federal Prison for Threatening to Kill ICE Officers 8.6.26 (6 mos)**

**Henryetta Resident Sentenced For Making Threatening Interstate Communications (ATF Agent) 7.8.26 (15 mos)**

**Boston Man Sentenced for Threatening a Federal Law Enforcement Officer 6.5.26 (16 mos)**

**Las Vegas Man Sentenced to Five Years in Prison for Threatening to Murder Federal Officials and State Employees 6.1.26 (60 mos)**

**Pensacola Man Sentenced to Federal Prison for Threatening a Pensacola Police Department Detective 4.20.26 (20 mos)**

**Missouri Man Sentenced to 25 Years in Federal Prison for Threatening a Federal Judge and a Federal Law Enforcement Officer 4.3.26**

**Self-proclaimed 'terrorist' sentenced to prison for threatening calls to VA employees 3.23.26 (70 mos)**

**Man Sentenced For Threatening to Murder Federal Agents 3.10.26 (ICE Agent, 15 mos.); https://www.justice.gov/usao-wdnc/pr/man-sentenced-threatening-murder-federal-agents**

**Connecticut Man Sentenced to Federal Prison for Threatening to Torture and Kill FBI Agent and Family 2.27.26 (80 mos)**

**Norwood Man Sentenced For Making Violent Threats Against Law Enforcement 2.23.26 (57 mos)**

The sentencing outcomes range drastically, from twelve (12) months to twenty-five (25) years. A review of the press releases reveals the reason: the offense conduct for each also ranges drastically.

The guidelines for Kelly advise that his sentence should fall between 30-37 months incarceration. When factors work in favor of a defendant, such as having little to no criminal

history, like Kelly, a low-end guideline sentence is most appropriate. Unless there are extraordinary circumstances which warrant a departure, sentences should fall within the suggested guidelines, lest disparities be created. Here, no extraordinary circumstances exist.

## CONCLUSION

For the reasons stated above, the United States respectfully recommends the Court sentence Kelly as agreed to by the parties.

Respectfully submitted,

DOMINICK S. GERACE II
UNITED STATES ATTORNEY

*/s/ Christy L. Muncy*_______________
CHRISTY L. MUNCY (KY 88236)
221 East Fourth Street, Suite 400
Cincinnati, OH 45202
(513) 684-3711
christy.muncy@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, United States' Sentencing Memorandum, was served, via ECF, upon counsel for defendant on this the 18th day of September 2026.

*/s/ Christy L. Muncy*_______________
CHRISTY L. MUNCY (KY 88236)
Assistant United States Attorney